IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOANNA JOHNSON-HARRIS,**<br>          **Plaintiff,**<br><br>     v.<br><br>**AMQUIP CRANES RENTAL, LLC and TOM JANEKA,**<br>          **Defendants.** | **CIVIL ACTION**<br><br>**NO. 14-767** |

# ORDER

**AND NOW**, this 8th day of July, 2015, upon consideration of Defendants AmQuip Cranes Rental, LLC and Tom Janeka's Motion for Summary Judgment [ECF No. 41], the Plaintiff Joanna Johnson-Harris's response in opposition thereto [ECF No. 56], and the Defendants' reply [ECF No. 57], and for the reasons provided in the Court's Opinion of July 8, 2015 [ECF No. 62], **IT IS ORDERED** that:

(1) the Defendants' Motion for Leave to File a Reply to Plaintiff's Response to Their Statement of Undisputed Facts [ECF No. 61] is **GRANTED**;

(2) the motion for summary judgment is **GRANTED**;

(3) **JUDGMENT IS ENTERED IN FAVOR** of Defendants, AmQuip Cranes Rental, LLC and Tom Janeka, and **AGAINST** Plaintiff, Joanna Johnson-Harris; and

(4) The Clerk of Court is directed to close this case.

                                        BY THE COURT:

                                        /S/WENDY BEETLESTONE, J.

                                        _____
                                        **WENDY BEETLESTONE, J.**